Order issued October 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-00676-CV

## HSBC BANK USA, N.A., AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2004-4 AND LITTON LOAN SERVICING, L.P., Appellants

V.

## JEANIE WATSON, TONY WATSON, AND MATTHEW G. AIKEN, Appellees

## ORDER

Before Justices Bridges, FitzGerald, and Lang

Appellee's July 27, 2012 motion for rehearing is **DENIED**.

KERRY P. FITZGERALD
JUSTICE